IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| JOHN R. ARRINGTON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:13-cv-00011 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the *Report and Recommendation* ("the *Report*") of the Hon. Joel C. Hoppe recommending that I grant in part and deny in part Plaintiff's Motion for Summary Judgment/Motion to Remand [ECF No. 12], deny the Commissioner's Motion for Summary Judgment [ECF No.14], and remand this case to the Commissioner for further proceedings. This *Report* was filed on May 21, 2014, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the *Report* shall be, and hereby is, **ADOPTED** in its entirety. Plaintiff's Motion for Summary Judgment/Motion for Remand is **GRANTED IN PART AND DENIED IN PART**, the Commissioner's Motion for Summary Judgment is **DENIED**, and this case is **REMANDED** to the Commissioner for further proceedings consistent with the *Report*. The Clerk is directed to **REMOVE** this case from the active docket of this Court.

The Clerk is directed to send copies of this Order to all counsel of record and to Magistrate Judge Hoppe.

Entered this 10th day of June, 2014.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE